UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | | |
|---|---|---|
| In Re: | ) | BK No.:  14-05297 |
| John W. Ferguson | ) | |
| | ) | Chapter: 11 |
| | ) | Honorable Donald R. Cassling |
| | ) | |
| Debtor(s) | ) | |

## FINAL ORDER AUTHORIZING USE OF CASH COLLATERAL

THIS CAUSE coming on to be heard on the Debtor's motion to use cash collateral pursuant to Section 363 of the Bankruptcy Code; due notice having been given and the Court being advised in the premises;

IT IS HEREBY ORDERED:

1. The Debtor is authorized to use cash collateral of Old Second National Bank to pay the ordinary and necessary post petition expenses related to the property known as 272-274 N. Main Street Seneca, Illinois, as provided in the budget attached to the Debtor's Motion to Authorize Use of Cash Collateral.

2. As adequate protection for its existing rights and its interest in the cash collateral, the use of which is authorized by this order, and to the extent that the use of the cash collateral results in any decrease in the value of Old Second National Bank's liens in said cash collateral, Old Second National Bank is granted valid, perfected and enforceable post-petition replacement liens on all rents derived from the said Property owned by the Debtor, to the same extent that it had perfected liens prepetition. Old Second National Bank's post petition lien shall be superior in right to any other lien hereinafter created or arising unless Old Second National Bank consents in writing or the Court orders otherwise. The replacement liens granted pursuant to this order shall be deemed perfected as against any and all third parties without regard to any applicable statute or other non-bankruptcy law regarding filing or recording, and shall be deemed perfected as of February 19, 2014, to the same extent that Old Second National Bank's pre-petition liens that are being replaced are valid, perfected and subsisting under applicable law.

3. As additional adequate protection of the security interest of Old Second National Bank, the Debtor shall pay $525.00 per month to Old Second National Bank on or before the 19th of each month continuing until further order of Court.

4. The Debtor's use of cash collateral is authorized from August 27, 2014, through plan confirmation, conversion, dismissal, appointment of a trustee, or further order of Court. For good cause shown, notice of the Debtor's motion is deemed sufficient.

Enter:

*Donald R. Cassling*

United States Bankruptcy Judge

Dated: 8-28-14

**Prepared by:**
David P. Lloyd
615B S. LaGrange Rd.

Rev: 20120209_bko

LaGrange IL  60525
708-937-1264
Fax: 708-937-1265

Rev: 20120209_bko