**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| IN RE: | ) | |
| John W. Ferguson | ) | Bankruptcy No. 14 B 05297 |
| | ) | Chapter 11 |
| | ) | |
| Debtor | ) | Judge Donald R. Cassling |
| | ) | |

To:     See Attached List

## NOTICE OF MOTION

**PLEASE TAKE NOTICE** that on **December 16, 2014,** at the hour of 9:30 A.M., or as soon thereafter as counsel may be heard, I shall appear before the honorable Donald R. Cassling in Courtroom 619 of the United States Bankruptcy Court, 219 S. Dearborn St., Chicago, Illinois, or any other judge sitting in his place and stead, and shall then and there present the attached **Motion for Entry of Final Decree**, a copy of which is hereby served upon you. You may appear if you so choose.

> David P. Lloyd, Ltd.
> 615B S. LaGrange Rd.
> LaGrange IL  60525
> 708-937-1264
> Fax: 708-937-1265

## CERTIFICATE OF SERVICE

I, David P. Lloyd, an attorney, certify that I caused a copy of the foregoing Notice and Motion to be served on the parties listed on the attached service list by electronic notice where indicated by the insertion of the party's electronic address, or by regular mail by depositing with the United States Post Office, LaGrange, Illinois, postage prepaid, prior to 5:00 P.M., this 24th day of November, 2014.

> _____/s/ David P. Lloyd_____
> David P. Lloyd

**Electronic Mail Notice List**

The following is the list of **parties** who are currently on the list to receive email notice/service for this case.

- Tejal S. Desai    tdesai@llflegal.com, blanglois@llflegal.com
- Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
- David P Lloyd    courtdocs@davidlloydlaw.com

| | | |
|---|---|---|
| Service List<br>John W. Ferguson, Debtor<br>Case 14-05297 | U.S. Bankruptcy Court<br>Eastern Division<br>219 S Dearborn<br>7th Floor<br>Chicago, IL 60604-1702 | Centrue Bank<br>201 E. Main St.<br>Streator, IL 61364-2950 |
| Centrue Bank<br>310 S. Schuyler<br>Kankakee, IL 60901-3863 | Centrue Bank<br>310 S. Schuyler Ave.<br>Kankakee, IL 60901-3863 | Centrue Bank<br>PO Box 790408<br>Saint Louis, MO 63179-0408 |
| Crditors discount & Audit<br>PO Box 213<br>415 E. Main<br>Streator, IL 61364-2927 | Fergi's Bar and Grill<br>272-274 N. Main Street<br>Seneca, IL 61360-9318 | Geri Reynolds & Gary Nolan<br>6253 Lakewood Drive<br>Lisle, IL 60532-3230 |
| Gina L. Ferguson<br>2801 E. 2709th Rd.<br> 61341-9437 | Hampel Corp.<br>c/o Arthur J. Inman<br>411 Hamilton Rd., #1302<br>Peoria, IL 61602-3103 | Jerrie Reynolds and Gary Nolan<br>6253 Lakewood Drive<br>Lisle, IL 60532-3230 |
| Lawrence W. Baxter, PC<br>2953 E. 1519 Rd.<br>Ottawa, IL 61350-9002 | Old Second National Bank<br>323 E. Norris Drive<br>Ottawa, IL 61350-1518 | Old Second National Bank<br>c/o Tejal S. Desai<br>Latimer LeVay Fyock LLC<br>55 W. Monroe, Suite 1100<br>Chicago, IL 60603-5128 |
| (p)PORTFOLIO RECOVERY ASSOCIATES LLC<br>PO BOX 41067<br>NORFOLK VA 23541-1067 | Premier Dermatology<br>c/o Creditors Discount & Audit<br>P.O. Box 213<br>Streator, IL 61364-0213 | David P Lloyd<br>David P. Lloyd, Ltd.<br>615B S. LaGrange Rd.<br>LaGrange, IL 60525 |
| John W Ferguson<br>PO Box 407<br>Seneca, IL 61360-0407 | Patrick S Layng<br>Office of the U.S. Trustee, Region 11<br>219 S Dearborn St<br>Room 873<br>Chicago, IL 60604-2027 | Eric Miskell<br>218 West Madison St<br>Ottawa, IL 61350 |

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| IN RE: | ) | |
| John W. Ferguson | ) | Bankruptcy No. 14 B 05297 |
| | ) | Chapter 11 |
| | ) | |
| Debtor | ) | Judge Donald R. Cassling |

## MOTION FOR ENTRY OF FINAL DECREE

NOW COMES the Debtor, John W. Ferguson, by and through his attorney, David P. Lloyd, and moves this honorable Court for entry of a final decreee in this confirmed Chapter 11 case, and in support thereof states as follows:

1. The Debtor filed a voluntary Chapter 11 petition on February 19, 2014. The Debtor's Plan was confirmed on October 16, 2014.

2. Administrative claims that have been allowed by the Court have been paid or otherwise resolved.

3. All priority claims have been resolved.

4. The Debtor has made the first plan payment toward holders of general unsecured claims.

5. Evidence of the payments of the above are set forth on the attached exhibit.

6. Said payments constitute substantial consummation of the confirmed plan and this case should now be closed.

WHEREFORE the Debtor prays that the Court enter a final decree and direct the Clerk of the Court to close the case. The Debtor is an individual and will not receive a discharge until all payments to general unsecured claims are in full. The Debtor will seek to reopen the case for entry of a discharge when such payments have been made.

        Respectfully submitted,
        John W. Ferguson

    By:_____/s/ David P. Lloyd_____
            One of his attorneys

David P. Lloyd, Ltd.
615B S. LaGrange Rd.
LaGrange IL  60525
708-937-1264
Fax: 708-937-1265